19802. BROOKS *v.* BENNETT, superintendent of banks.

STEPHENS, J. This case is controlled by paragraphs 1 and 3 of the syllabus in *Wilkins* v. *American Securities Co.,* 40 *Ga. App.* 378 (149 S. E. 810). See *McCaskill* v. *Chattahoochee Fertilizer Co.,* 167 *Ga.* 802 (146 S. E. 830), and *Toombs* v. *Citizens Bank of Waynesboro,* 169 *Ga.* 115 (149 S. E. 645).

*Judgment affirmed. Jenkins, P. J., and Bell, J., concur.*

DECIDED OCTOBER 18, 1929.

*W. W. Armistead, Hamilton McWhorter, Erwin, Erwin & Nix,* for plaintiff in error.

*E. W. Roberts, C. N. Davie, J. F. Kemp,* contra.